

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2021

No. 04-20-00147-CV

Clyde E. **KEBODEAUX,**
Appellant

v.

Patricia **KEBODEAUX,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00629
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Lori I. Valenzuela, Justice

Appellant's motion for rehearing is due September 2, 2021. On August 30, 2021, appellant filed an unopposed motion requesting a thirty-day extension of time. The motion is GRANTED and appellant's motion for rehearing is due **no later than October 4, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court